# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KRISTY VARGAS, individually and on behalf of all other similarly situated individuals, ) ) ) ) ) Plaintiffs, ) ) v. ) ) J&J SNACK FOODS CORP. and DADDY RAY'S, INC., ) ) ) Defendants/Third-Party Plaintiffs, ) ) v. ) ) RANDSTAD GENERAL PARTNER (US), LLC, ) ) ) Third-Party Defendant. ) | Case No. 4:22-cv-01187-MTS |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Kristy Vargas, Defendants J&J Snack Foods Corp., and Daddy Ray's, Inc., and Third-Party Defendant Randstad General Partner (US), LLC, (collectively "the Parties"), hereby jointly notify the Court that they have reached a settlement in principle as to Plaintiff Kristy Vargas and the two opt-in Plaintiffs (Irving Gomez and Isabel Cabanas). The Parties are working to draft and finalize the settlement agreement and a motion to approve the settlement agreement. The Parties anticipate that they will need an additional thirty (30) days from the date of this Notice to draft and file their Motion for Settlement Approval. Accordingly, the Parties request until March 1, 2024 to file their Joint Motion for Settlement Approval.

10578655v1

Respectfully submitted this 31st day of January, 2024.

By: /s/ Matthew L. Turner
Matthew L. Turner (P48706)
Kathryn E. Milz (ARDC# 629213)
SOMMERS SCHWARTZ, P.C.
One Town Square
17th Floor Southfield, Michigan 48076
Telephone: (248) 746-4018
Fax: (248) 936-1973
kmilz@sommerspc.com
mturner@sommerspc.com

Jesse L. Young (P72614)
SOMMERS SCHWARTZ, P.C.
141 East Michigan Avenue, Suite 600
Kalamazoo, Michigan 49007
Telephone: (269) 250-7500
Fax: (269) 250-7503
jyoung@sommerspc.com

Brendan J. Donelon
DONELON, P.C.
4600 Madison, Suite 810
Kansas City, Missouri 64112
Telephone: (816) 221-7100
brendon@donelonpc.com

**COUNSEL FOR PLAINTIFFS AND THE PROPOSED COLLECTIVE AND CLASS**

By: /s/ Nicholas S. Ruble
Kara T. Stubbs     # 43414MO
Nicholas S. Ruble # 64127MO
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone: (816) 471-2121
Facsimile: (816) 472-0288
stubbs@bakersterchi.com
nruble@bakersterchi.com

**ATTORNEYS FOR DEFENDANTS/THIRD-PARTY PLAINTIFFS J&J SNACK FOODS CORP. AND DADDY RAY'S, INC.**

By: /s/ John F. Doyle
Kimberly F. Seten, #50449MO
John F. Doyle, #66626MO
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
1201 Walnut Street, Suite 2350
Kansas City, Missouri 64106
Telephone: (816) 472-6400
Facsimile: (816) 472-6401
kseten@constangy.com
jfdoyle@constangy.com

**ATTORNEYS FOR THIRD-PARTY DEFENDANT RANDSTAD GENERAL PARTNER (US), LLC**

10578655v1