# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **KRISTY VARGAS, individually and on behalf of all other similarly situated individuals,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Case No. 4:22-cv-01187-MTS |
| **J&J SNACK FOODS CORP. and DADDY RAY'S, INC.,** ) ) ) | |
| **Defendants/Third-Party Plaintiffs,** ) ) | |
| v. ) ) | |
| **RANDSTAD GENERAL PARTNER (US), LLC,** ) ) ) | |
| **Third-Party Defendant.** ) | |

## JOINT NOTICE OF SETTLEMENT

The Parties[1] hereby jointly notify the Court that they have reached a settlement in principle as to the final pending dispute before the Court – related to Plaintiffs' reasonable attorneys' fees and costs (*see* ECF No. 44) – and request forty-five (45) days to finalize their agreement and file a joint stipulation of dismissal. In support of this request, the Parties state as follows:

1.  On March 1, 2024, the Parties jointly moved for approval of a proposed settlement as to Plaintiffs' FLSA claims against the J&J Defendants and/or Randstad. ECF No.

---

[1] The term "Parties" collectively references all parties to the litigation: Plaintiffs Kristy Vargas, Isabel Cabanas, and Irving Gomez (collectively, "Plaintiffs"), Defendants J&J Snack Foods Corp. and Daddy Ray's, Inc. (collectively, the "J&J Defendants"), and Third-Party Defendant Randstad General Partner (US), LLC ("Randstad").

10991392v1

43. As set forth in the Parties' motion, the Parties negotiated the Plaintiffs' relief separately from Plaintiffs' counsel's fees and initially reached an impasse as to Plaintiffs' counsel's fees. *Id.* Accordingly, the Parties asked the Court to approve the settlement and enter a briefing schedule for a contested fee petition as to Plaintiffs' counsel's reasonable fees and costs. *Id.*

2. On March 7, 2024, the Court approved the proposed settlement and entered a briefing schedule for a contested attorneys' fees petition. ECF No. 44.

3. Since then, the Parties agreed to resolve the pending dispute as to the measure of reasonable attorneys' fees and costs to be paid to Plaintiffs' counsel. The Parties are in the process of finalizing the second settlement agreement and anticipate they will need an additional forty-five (45) days from the date of this Notice to finalize the settlement agreement and submit a joint stipulation of dismissal of all remaining claims and disputes.

4. Accordingly, the Parties respectfully request until May 13, 2024 to finalize their settlement agreement and file a joint stipulation of dismissal.

Respectfully submitted this 28th day of March, 2024.

By: /s/ Matthew L. Turner
Matthew L. Turner (P48706)
Kathryn E. Milz (ARDC# 629213)
SOMMERS SCHWARTZ, P.C.
One Town Square
17th Floor Southfield, Michigan 48076
Telephone: (248) 746-4018
Fax: (248) 936-1973
kmilz@sommerspc.com
mturner@sommerspc.com

Jesse L. Young (P72614)
SOMMERS SCHWARTZ, P.C.
141 East Michigan Avenue, Suite 600
Kalamazoo, Michigan 49007
Telephone: (269) 250-7500
Fax: (269) 250-7503
jyoung@sommerspc.com

By: /s/ Nicholas S. Ruble
Kara T. Stubbs         # 43414MO
Nicholas S. Ruble # 64127MO
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone: (816) 471-2121
Facsimile: (816) 472-0288
stubbs@bakersterchi.com
nruble@bakersterchi.com

**ATTORNEYS FOR DEFENDANTS/THIRD-PARTY PLAINTIFFS J&J SNACK FOODS CORP. AND DADDY RAY'S, INC.**

2

10991392v1

|  |  |
|---|---|
| Brendan J. Donelon<br>DONELON, P.C.<br>4600 Madison, Suite 810<br>Kansas City, Missouri 64112<br>Telephone: (816) 221-7100<br>brendon@donelonpc.com<br><br>**COUNSEL FOR PLAINTIFFS AND THE PROPOSED COLLECTIVE AND CLASS** | By:   /s/ John F. Doyle<br>Kimberly F. Seten, #50449MO<br>John F. Doyle, #66626MO<br>CONSTANGY, BROOKS, SMITH & PROPHETE LLP<br>1201 Walnut Street, Suite 2350<br>Kansas City, Missouri 64106<br>Telephone: (816) 472-6400<br>Facsimile: (816) 472-6401<br>kseten@constangy.com<br>jfdoyle@constangy.com<br><br>**ATTORNEYS FOR THIRD-PARTY DEFENDANT RANDSTAD GENERAL PARTNER (US), LLC** |

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on this 28th day of March, 2024, a copy of the foregoing was filed using the Court's electronic case filing system, which will send notification of the same to all counsel of record.

/s/ John F. Doyle
Attorney for Third-Party Defendant
Randstad General Partner (US), LLC

3

10991392v1